UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL MARTEL,<br><br>Respondent. | No. 2:18-cv-0160-EFB P<br><br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He attacks a judgment imposed by the San Diego Superior Court, which lies in the United States District Court for the Southern District of California.

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Southern District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d).

DATED: January 25, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE